## ATTACHMENT A

## DESCRIPTION OF ITEM TO BE SEARCHED

The item is a light in color wooden crate approximately 3.5 feet high and 4 feet in length.

