## ATTACHMENT B

## ITEMS TO BE SEIZED

The following materials, which constitute evidence of the commission of a criminal offense, contraband, the fruits of crime, or property designed or intended for use or which is or has been used as the means of committing a criminal offense, namely violations of 21 U.S.C. §§ 841(a)(1) and 846:

1. Any controlled substances, including, but not limited to, Heroin, Methamphetamine, Marijuana, Fentanyl, and Cocaine;

2. Paraphernalia for packaging, weighing, and distributing controlled substances, including but not limited to, materials for storage;

3. Books, ledgers, receipts, shipping labels, and other papers relating to distribution of controlled substances; and

4. Indicia of ownership.