AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

# Return

| Case No.: 4:23cr 336 | Date and time warrant executed: 03/21/2023 4:00 pm | Copy of warrant and inventory left with: N/A |

Inventory made in the presence of:
Special Agent Michael Hill

Inventory of the property taken and name of any person(s) seized:

22 bricks of Cocaine

Nothing further.

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 03/21/2023

_____
Executing officer's signature

Christopher Michocki, Special Agent
Printed name and title